IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| DELAFIELD 246 CORP., | Case No. 05-13634 (ALG) |
| Debtor. | |

---

| | |
|---|---|
| DELAFIELD 246 CORP., | |
| Plaintiff, | Adv. Proc. No. 05-013834 (ALG) |
| -against- | |
| THE CITY OF NEW YORK; DELAFIELD ESTATES HOMEOWNERS ASSOCIATION, INC.; MARTIN RAPOPORT; RIVKA RAPOPORT; MARK LIDAGOSTER; LYDIA LIDAGOSTER, ARNOLD STARK; JOAN STARK; MICHAEL RUBIN; ANNETTE RUBIN; HAROLD ENTEN; BARBARA STRASSBERG; ALEX MULLEN; ELENA STAROSTA-MULLEN; ERIK MINTZ; RANDI CARREY; BRUCE SOLOWAY; SELENE SOLOWAY; BENJAMIN B. SCHERMIN; SHELLY SCHERMIN; F. BROWER MOFFITT; JAYNE S. MOFFITT; DEBRA MACFARLANE; MARK SOLTZ; CAROL SOLTZ; KENNETH FREEDMAN; and GLORIA FREEDMAN, | |
| Defendants. | |

--------------------------------------------------------------------

## NOTICE OF APPEAL

DELAFIELD 246 CORP., the above named Debtor and Plaintiff, appeals under 28 U.S.C. § 158 [a] from the "Order Dismissing The Complaint as Against defendant, City of New York" issued by the Honorable Allan L. Gropper, United States Bankruptcy Judge, and dated May 24, 2007 and docketed on May 24, 2007.

The names of all parties to the order appealed from and the names and addresses and telephone numbers of their respective attorneys are as follows: City of New York,

defendant, Michael A. Cardozo, Corporation Counsel of the City of New York, 100 Church Street, New York, NY 10007, Attention Lawrence J. Brenner, (212) 788-1186; and Delafield 246 Corp., plaintiff, Steven Cohn, P.C., One Old Country Road, Carle Place, NY 11514, Attention: Daniel A. Zimmerman, (516) 294-6410.

Dated: June 1, 2007

_____
Daniel A. Zimmerman, Esq. (DZ7166)
Steven Cohn, P.C.
*Attorneys for Plaintiff/Appellant*
One Old Country Road
Suite 420
Carle Place, NY 11514
(516) 294-6410