# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 05-01834-alg

*Assigned to:* Judge Allan L. Gropper
*Related BK Case:* 05-13634
*Related BK Title:* Delafield 246 Corp.
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 435 Validity/Priority/Extent Lien

*Date Filed:* 05/26/05

**Plaintiff**

\-----------------------

**Delafield 246 Corp.**
80 Dupont Avenue
Plainview, NY 11803
Tax id: 11-3075819

represented by **Daniel A. Zimmerman**
Law Office of Steven Cohn, P.C.
One Old Country Road
Suite 420
Carle Place, NY 11514-1852
516-294-6410
Fax : 516-294-0094
Email: scohnlaw@optonline.net
*LEAD ATTORNEY*

V.

**Defendant**

\-----------------------

**City of New York**
New York City Law Department
100 Church Street
New York, NY 10007
(212) 788-0841

represented by **Hugh H. Shull, III**
NYC Law Department
100 Church Street
Room 5-233
New York, NY 10007
(212) 788-0457
Fax : (212) 788-0450
Email: hshull@law.nyc.gov

**Lawrence Jay Brenner**
NYC Law Department, Office of the
Corporation Counsel
100 Church Street
New York, NY 10007
(212) 788-1186
Fax : (212) 788-0937
Email: lbrenner@law.nyc.gov
*LEAD ATTORNEY*

**Delafield Homeowners Association, Inc.**
c/o Annette Rubin
680-1 246th Street
Bronx, NY 10471-3520

represented by **Christine H. Black**
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
1345 Avenue of the Americas
31st Floor
New York, NY 10105

(212) 603-6364
Fax : (212) 956-2164
Email: chb@robinsonbrog.com
*LEAD ATTORNEY*

**Martin Rapoport**                                  represented by **Martin Rapoport**
680-7 W 246th Street                                 PRO SE
Bronx, NY 10471-3520

**Rivka Rapoport**                                   represented by **Rivka Rapoport**
680-7 W. 246th St.                                   PRO SE
Bronx, NY 10471-3520

**Mark Lidagoster**
680-8 W. 246th St.
Bronx, NY 10471-3520

**Lydia Lidagoster**
680-8 W. 246th St.
Bronx, NY 10471-3520

**Alan Stark**
680-19 W. 246th St.
Bronx, NY 10471-3520

**Joan Stark**
680-19 W. 246th St.
Bronx, NY 10471-3520

**Michael Rubin**
680-1 W. 246th St.
Bronx, NY 10471-3520

**Annette Rubin**
680-1 W. 246th St.
Bronx, NY 10471-3520

**Harold Enten**
680-2 W. 246th St.
Bronx, NY 10471-3520

**Barbara Strassberg**
680-2 W. 246th St.
Bronx, NY 10471-3520

**Alex Mullen**
680-3 W. 246th St.
Bronx, NY 10471-3520

**Elena Starosta-Mullen**
680-3 W. 246th St.
Bronx, NY 10471-3520

**Erik Mintz**
680-4 W. 246th St.
Bronx, NY 10471-3520

**Randi Carrey**
680-4 W. 246th St.
Bronx, NY 10471-3520

**Bruce Soloway**
680-5 W. 246th St.
Bronx, NY 10471-3520

**Selene Soloway**
680-5 W. 246th St.
Bronx, NY 10471-3520

**Benjamin B. Schermin**
680-6 W. 246th St.
Bronx, NY 10471-3520

**Shelly Schermin**
680-6 W. 246th St.
Bronx, NY 10471-3520

**F. Brower Moffitt**
224 Plymouth Road
West Palm Beach, FL 33405-3325
SSN: xxx-xx-5973

**Jayne Moffitt**
3694 S.E. Fairway East
Stuart, FL 34997-6116
SSN: xxx-xx-8527

**Deborah A. MacFarlane**
156 Ogden Ave.
Dobbs Ferry, NY 10522-3312
SSN: xxx-xx-5917

represented by **David Carlebach**
Law Offices of David Carlebach, Esq.
40 Exchange Place
New York, NY 10005
(212) 785-3041
Fax : (212) 785-3618
Email: david@carlebachlaw.com

**Michael Paneth**
Law Offices of David Carlebach
40 Exchange Place
New York, NY 10005
(212) 785-3041
Fax : (212) 785-3618
Email: michael@carlebachlaw.com

**Mark Soltz**
299 Riverside Drive
Apt. 9A
New York, NY 10024-5288
SSN: xxx-xx-7168

**Carol Soltz**
299 Riverside Drive
Apt. 9A
New York, NY 10024-5288

**Kenneth Freedman**
8030 Bald Eagle Drive
Park City, UT 84060

**Gloria Freedman**
8030 Bald Eagle Drive
Park City, UT 84060

| Filing Date | # | Docket Text |
|---|---|---|
| 05/26/2005 | 1 | Complaint against City of New York, Delafield Homeowners Association, Inc., Martin Rapoport, Rivka Rapoport, Mark Lidagoster, Lydia Lidagoster, Alan Stark, Joan Stark, Michael Rubin, Annette Rubin, Harold Enten, Barbara Strassberg, Alex Mullen, Elena Starosta-Mullen, Erik Mintz, Randi Carrey, Bruce Soloway, Selene Soloway, Benjamin B. Schermin, Shelly Schermin, F. Brower Moffitt, Jayne Moffitt, Deborah A. MacFarlane, Mark Soltz, Carol Soltz, Kenneth Freedman, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Gloria Freedman Filed by Daniel A. Zimmerman, Delafield 246 Corp., City of New York, Delafield Homeowners Association, Inc. on behalf of Delafield 246 Corp.. (Attachments: # 1 Adversary Proceeding Cover Sheet) (Zimmerman, Daniel) (Receipt #160024) Modified on 6/16/2005. (Tetzlaff, Deanna) (Entered: 05/26/2005) |
| 05/26/2005 | 2 |  | Summons with Notice of Pre-Trial Conference issued by Clerk'sOffice with Pre-Trial Conference set for 7/12/2005 at 10:00 AM at Courtroom 617 (ALG), Answer due by 6/27/2005, (Leggett, Venice) (Entered: 05/26/2005) |
| 05/27/2005 | 3 |  | Certificate of Service *of Summons With Notice of Pre-Trial Conference In An Adversary Proceeding and Complaint* (related document(s)2, 1) filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 05/27/2005) |
| 07/29/2005 | 4 |  | Stipulation - *Second Stipulation* - filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 07/29/2005) |
| 02/24/2006 | 5 |  | Motion to Dismiss Adversary Proceeding *(First, Nineteenth, Twentieth causes of action) filed by Delafield 246 Corp.* filed by Lawrence Jay Brenner on behalf of City of New York. with hearing to be held on 4/5/2006 at 10:00 AM at Courtroom 617 (ALG) (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I-K# 11 Exhibit L# 12 Errata M# 13 Exhibit N# 14 Exhibit O# 15 Exhibit P# 16 Exhibit Q# 17 Exhibit R# 18 Exhibit S part 1# 19 Exhibit S part 2# 20 Exhibit S part 3# 21 Exhibit S part 4) (Brenner, Lawrence) (Entered: 02/24/2006) |
| 02/24/2006 | 6 |  | Certificate of Service *of the Motion of the City of New York to Dismiss the First, Nineteenth and Twentieth Causes of Action of the Amended Omnibus Complaint* filed by Lawrence Jay Brenner on behalf of City of New York. (Brenner, Lawrence) (Entered: 02/24/2006) |
| 04/07/2006 | 7 |  | Notice of Appearance filed by David Carlebach on behalf of Deborah A. MacFarlane. (Carlebach, David) (Entered: 04/07/2006) |
| 04/11/2006 | 8 |  | Cross Motion to Join filed by Daniel A. Zimmerman on behalf of City of New York. (Attachments: # 1 Errata aff# 2 Errata # 3 Errata # 4 Errata) (Zimmerman, Daniel) Additional attachment(s) added on 4/28/2006 (Bush, Brent). (Entered: 04/11/2006) |
| 06/19/2006 | 9 |  | Motion for Summary Judgment , *Opposition to Debtor's motion for summary judgment and further support of the City's motion to dismiss* filed by Lawrence Jay Brenner on behalf of City of New York. with hearing to be held on 7/20/2006 at 10:00 AM at Courtroom 617 (ALG) (Attachments: # 1 Pleading Declaration# 2 Exhibit A# 3 Exhibit Exhibit B# 4 Exhibit Exhibit C# 5 Exhibit Exhibit D# 6 Errata Briija Exhibit A# 7 Errata Briija exhibit B# 8 Errata Briija Exhibit C# 9 Errata Briija Exhibit D part 1# 10 Errata Briija Exhibit D part 2# 11 Exhibit Exhibit E# 12 Exhibit Exhibit F) (Brenner, Lawrence) (Entered: 06/19/2006) |
| 06/19/2006 | 10 |  | Opposition Brief *to Plaintiffs motion for summary judgment and in support of the City's Motion for Summary Judgment and in Further Support of the City's Motion to Dismiss* (related document(s)8) filed by Lawrence Jay Brenner on behalf of City of New York. with hearing to be held on 7/20/2006 at 10:00 AM at Courtroom 617 (ALG) (Brenner, Lawrence) (Entered: 06/19/2006) |

| | | |
|---|---|---|
| 06/19/2006 | <u>11</u> | Statement of Undisputed Facts *pursuant to local rule 7056-1 of the Local Bankruptcy Rules for the Southern District of New York* filed by Lawrence Jay Brenner on behalf of City of New York. with hearing to be held on 7/20/2006 at 10:00 AM at Courtroom 523 (AJG) (Brenner, Lawrence) (Entered: 06/19/2006) |
| 06/19/2006 | <u>12</u> | Certificate of Service *of the City's Motion for Summary Judgment, Opposition to Plaintiff's motion for summary judgment, and papers in Further support of the City's Motion to Dismiss* filed by Lawrence Jay Brenner on behalf of City of New York. with hearing to be held on 7/20/2006 at 10:00 AM at Courtroom 617 (ALG) (Brenner, Lawrence) (Entered: 06/19/2006) |
| 06/20/2006 | <u>13</u> | Memorandum of Law *City's Corrected Memorandum of Law in support of its Motion for Summary Judgment, in opposition to Plaintiff's motion for partial summary judgment, and in further support of the City's Motion to Dismiss* filed by Lawrence Jay Brenner on behalf of City of New York. (Brenner, Lawrence) (Entered: 06/20/2006) |
| 06/21/2006 | <u>14</u> | Statement *in Response to Motion of City of New York to Dismiss and for Summary Judgment and in Response to Debtor's Motion to Join NYCTL 2005-A Trust as a Party* (related document(s)<u>5</u>, <u>8</u>, <u>9</u>) filed by Martin P. Ochs on behalf of NYCTL 2005-A Trust. (Attachments: # <u>1</u> Affidavit of Service) (Ochs, Martin) (Entered: 06/21/2006) |
| 07/03/2006 | <u>15</u> | Motion to Dismiss Case filed by David Carlebach on behalf of Deborah A. MacFarlane. (Attachments: # <u>1</u> Application# <u>2</u> Certificate of Service) (Carlebach, David) (Entered: 07/03/2006) |
| 07/03/2006 | <u>16</u> | Supplemental Certificate of Service (related document(s)<u>15</u>) filed by David Carlebach on behalf of Deborah A. MacFarlane. (Carlebach, David) (Entered: 07/03/2006) |
| 07/03/2006 | <u>17</u> | Motion to Dismiss Case *Exhibit A* (related document(s)<u>15</u>) filed by David Carlebach on behalf of Deborah A. MacFarlane. (Attachments: # <u>1</u> Exhibit B) (Carlebach, David) (Entered: 07/03/2006) |
| 08/02/2006 | <u>18</u> | Cross Motion for Summary Judgment filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Attachments: # <u>1</u> Exhibit # <u>2</u> Exhibit) (Zimmerman, Daniel) (Entered: 08/02/2006) |
| 08/02/2006 | <u>19</u> | Cross Motion for Summary Judgment filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Attachments: # <u>1</u> Exhibit # <u>2</u> Exhibit # <u>3</u> Exhibit # <u>4</u> Exhibit # <u>5</u> Exhibit) (Zimmerman, Daniel) (Entered: 08/02/2006) |
| 08/02/2006 | <u>20</u> | Cross Motion for Attachment *2nd cross-motion for partial summary judgment* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 08/02/2006) |
| 08/03/2006 | <u>21</u> | Amended Motion for Summary Judgment *Plaintiff's Amended second notice of cross motion* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 08/03/2006) |
| 08/04/2006 | <u>22</u> | Certificate of Service *Affidavits of Service* filed by Daniel A. Zimmerman on behalf |

| | | |
|---|---|---|
| | | of Delafield 246 Corp.. (Attachments: # 1 Exhibit) (Zimmerman, Daniel) (Entered: 08/04/2006) |
| 08/16/2006 | 23 | Amended Complaint against all defendants *First Amended Complaint seeking to determine validity and Extent of Liens, Recovery from Indivdual Defendants and Delcaratory Relief* Filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 08/16/2006) |
| 09/07/2006 | 24 | First Response to Motion *of Debra Macfarlane to Dismiss Amended Complaint* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 09/07/2006) |
| 10/11/2006 | 25 | So Ordered Fifteenth Stipulation Signed on 10/10/2006. (Porter, Marguerite) (Entered: 10/11/2006) |
| 10/13/2006 | 26 | Affidavit *of Mia Parks in opposition to Debtor's Summary Judgment motion* (related document(s)19) filed by Lawrence Jay Brenner on behalf of City of New York. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B) (Brenner, Lawrence) (Entered: 10/13/2006) |
| 10/16/2006 | 27 | Counterstatement of Undisputed Fact filed by Hugh H. Shull III on behalf of City of New York. with hearing to be held on 11/7/2006 at 02:00 PM at Courtroom 617 (ALG) (Shull, Hugh) (Entered: 10/16/2006) |
| 10/16/2006 | 28 | Declaration *of Lawrence Brenner in Support of City Motion for Summary Judgment and in Opposition to Plaintiff's Second Cross Motion for Partial Summary Judgment and for Discovery* (related document(s)19, 18, 21) filed by Hugh H. Shull III on behalf of City of New York. with hearing to be held on 11/7/2006 at 02:00 PM at Courtroom 617 (ALG) (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H) (Shull, Hugh) (Entered: 10/16/2006) |
| 10/16/2006 | 29 | Memorandum of Law *in Further Support of City's Motion for Sumary Judgment and in Opposition to Plaintiff's Second Cross-Motion for Partial Summary Judgment and Discovery* (related document(s)19, 18, 21) filed by Hugh H. Shull III on behalf of City of New York. (Attachments: # 1 Index Cover and Table of Contents) (Shull, Hugh) (Entered: 10/16/2006) |
| 11/17/2006 | 30 | Affidavit *of Mark Zion Respecting City's Overstatement of Claim as Per City's Statements of Account* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 11/17/2006) |
| 11/17/2006 | 31 | Affirmation *Sur-Reply Affirmation of Daniel A. Zimmerman* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 11/17/2006) |
| 11/17/2006 | 32 | Memorandum of Law *Plaintiffs Sur-Reply Memorandum* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 11/17/2006) |
| 11/17/2006 | 33 | **(INCORRECT PDF FILE ENTERED)** Response to Motion *sixteeenth stipulation* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, |

|  |  | Daniel) Modified on 11/27/2006 (Richards, Beverly). (Entered: 11/17/2006) |
|---|---|---|
| 11/27/2006 | 34 | Sixteenth So Ordered Stipulation Signed on 11/27/2006. (Porter, Marguerite) (Entered: 11/27/2006) |
| 12/05/2006 | 35 | Reply to Motion *Reply of Debra MacFarlane in Response to Debtor's Opposition to the Application of Debra MacFarlane to Dismiss* (related document(s)17) filed by Michael Paneth on behalf of Deborah A. MacFarlane. (Attachments: # 1 Exhibit A) (Paneth, Michael) (Entered: 12/05/2006) |
| 12/06/2006 | 36 | Certificate of Service *of Reply of Debra MacFarlane in Response to Debtor's Opposition to the Application of Debra MacFarlane to Dismiss* (related document(s) 35) filed by Michael Paneth on behalf of Deborah A. MacFarlane. (Paneth, Michael) (Entered: 12/06/2006) |
| 12/06/2006 | 37 | Sur-Reply to Motion *of Debra Macfarlane Seeking To Dismiss The Amended Complaint* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 12/06/2006) |
| 01/18/2007 | 38 | Stipulation *Seventeenth* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 01/18/2007) |
| 01/22/2007 | 39 | Seventeenth So Ordered Stipulation Signed on 1/22/2007. (Porter, Marguerite) (Entered: 01/22/2007) |
| 02/07/2007 | 40 | Transcript *Of Hearing Held On November 30, 2006 At 2:43 PM, Re: Pre-Trial Conference; Motion To Dismiss The First, Nineteenth And Twentieth Causes Of Action Set Forth In Debtor's First Amended Omnibus Complaint; Cross Motion For Partial Summary Judgment And To Join An Additional Party Defendant, etc...* filed by TypeWrite Word Processing Service. (Braithwaite, Kenishia) (Entered: 02/14/2007) |
| 03/13/2007 | 41 | Transcript *Of Hearing Held On February 13, 2007 At 2:48 PM, Re: Pre-Trial Conference; Motion Filed By The City Of New York To Dismiss The First, Nineteenth And Twentieth Causes Of Action Set Forth In Debtor's First Amended Omnibus Complaint, etc...* filed by TypeWrite Word Processing Service. (Braithwaite, Kenishia) (Entered: 03/21/2007) |
| 03/13/2007 | 42 | Transcript *Of Hearing Held On January 11, 2007 At 3:03 PM, Re: Pre-Trial Conference; Motion Filed By The City Of New York To Dismiss The First, Nineteenth And Twentieth Causes Of Action Set Forth In Debtor's First Amended Omnibus Complaint, etc...* filed by TypeWrite Word Processing Service. (Braithwaite, Kenishia) (Entered: 03/23/2007) |
| 04/25/2007 | 43 | Memorandum of Opinion Signed on 4/25/2007 Regarding Tax Decision Continuation (Porter, Marguerite) (Entered: 04/25/2007) |
| 05/10/2007 | 44 | Notice of Settlement of an Order *Dismissing the Complaint as against the City of New York* (related document(s)43) filed by Lawrence Jay Brenner on behalf of City of New York. (Attachments: # 1 Proposed Order# 2 Certificate of Service)(Brenner, Lawrence) (Entered: 05/10/2007) |

| 05/24/2007 | 45 | Order Signed on 5/24/2007 Dismissing the Complaint as Against Defendant, City of New York (Related Doc # 5) (Porter, Marguerite) (Entered: 05/24/2007) |
|---|---|---|
| 06/04/2007 | 47 | Transcript *of Hearing Held on 5/1/2007* filed by TypeWrite Word Processing Service. (Richards, Beverly) (Entered: 06/11/2007) |
| 06/05/2007 | 46 | Notice of Appeal filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. Filing fee collected, receipt #172730.(Rouzeau, Anatin) (Entered: 06/07/2007) |
| 06/13/2007 | 48 | Stipulation *Nineteenth Stipulation* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 06/13/2007) |
| 06/19/2007 | 49 | Statement of Issues *Designation of Record and Statement of Issues on Appeal* filed by Daniel A. Zimmerman on behalf of Delafield 246 Corp.. (Zimmerman, Daniel) (Entered: 06/19/2007) |
| 07/09/2007 | 50 | Civil Cover Sheet from U.S. District Court, Case Number: 0706238 Judge Loretta A. Preska (related document(s)46) filed by Clerk's Office of the U.S. Bankruptcy Court. (Rouzeau, Anatin) (Entered: 07/09/2007) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/16/2007 16:26:57 | | | |
| **PACER Login:** | ny0001 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 05-01834-alg Fil or Ent: filed From: 7/2/2003 To: 7/16/2007 Doc From: 0 Doc To: 99999999 Format: HTML |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |