**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
DELAFIELD 246 CORP.,

                Appellant,

-against-

CITY OF NY, et.al.,

                Appellee.
----------------------------------------------------------X

07 CIVIL 6238 (LAP)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

      Appellant having appealed from an order of the United States Bankruptcy Court for the Southern District of New York, the City having moved to dismiss the appeal, and the matter having come before the Honorable Loretta A Preska, United States District Judge, and the Court, on November 9, 2007, having rendered its Memorandum and Order granting the City's motion to dismiss the appeal, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated Nov 9, 2007, the motion of the City of NY to dismiss the appeal is granted, th appeal is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
           Nov 14, 2007

                                                    J. MICHAEL McMAHON
                                                   Clerk of Court
                                  BY:
                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON